IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBATAIYE K. SCOTT,<br>Plaintiff<br><br>v.<br><br>LT. MR. AGULERI, et al.,<br>Defendants | Civil No. 24-6077 |

## ORDER

**AND NOW**, on this 13th day of March, 2025, upon consideration of Plaintiff Obataiye K. Scott's motion for a temporary restraining order and preliminary injunction (ECF No. 6) and Defendants' response (ECF No. 16), it is **ORDERED** that Plaintiff's motion is **DENIED** for the reasons stated in the enclosed memorandum opinion.

BY THE COURT:

_____
MARY KAY COSTELLO, J.