**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OBATAIYE K. SCOTT,**<br>*Plaintiff*<br><br>**v.**<br><br>**LT. MR. AGULERI, et al,**<br>*Defendants* | **Civil No. 24-6077** |

**ORDER**

**AND NOW**, this 23rd day of September, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge